UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ROMAN ELIOZASHVILI,

        Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2019

ORDER

18 Cr. 509 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for Thursday, January 30, 2020 at 10:30 a.m.

Dated: December 5, 2019
      New York, New York

                      SO ORDERED.

                      */s/ George B. Daniels*
                      GEORGE B. DANIELS
                      United States District Judge